IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CSI SOLAR MANUFACTURE INC.,

      Plaintiff,

  v.

RENEWABLE TECHNOLOGIES INC.,

      Defendant.
_____/

No. 2:12-cv-1740 KJN

ORDER

On March 12, 2013, this action was reassigned to the undersigned for all further proceedings. (Dkt. No. 14.)[1] A pretrial scheduling order has already been issued by the previously assigned judge, Magistrate Judge Gregory Hollows, but the pretrial conference and trial dates before Magistrate Judge Hollows were vacated upon reassignment. (Dkt. Nos. 13, 15.)

Accordingly, IT IS HEREBY ORDERED that:

1. The Final Pretrial Conference is set for March 6, 2014, at 10:00 a.m., in Courtroom Number 25 before the undersigned.

2. Trial is set for April 7, 2014, at 9:00 a.m., in Courtroom Number 25 before the undersigned. Trial will be by jury. The court expects the trial will take approximately 3-5 days.

---

[1] All parties have consented to the jurisdiction of a magistrate judge for all further proceedings and entry of a final judgment pursuant to 28 U.S.C. § 636(c). (Dkt. Nos. 9, 11, 12.)

1

3. Except as modified by this order, all other deadlines and provisions outlined in the previously-issued November 30, 2012 pretrial scheduling order (dkt. no. 13) remain in full effect.

4. A status conference in this matter is set for May 9, 2013, at 10:00 a.m., in Courtroom Number 25 before the undersigned. Counsel may appear telephonically and shall contact the undersigned's courtroom deputy at (916) 930-4187 at least seven (7) days prior to the conference to make appropriate arrangements for a telephonic appearance. At the status conference, the parties shall be prepared to discuss the case in general, their plans for discovery and motion practice, and whether they are amenable to an early settlement conference or referral to the court's Voluntary Dispute Resolution Program ("VDRP"). The parties shall also be prepared to discuss whether they desire to have a settlement conference conducted before the undersigned (with a waiver of any conflict or disqualification based on the undersigned as the assigned judge also acting as the settlement judge) or whether they wish to have a settlement conference, if any, conducted by another judge.

IT IS SO ORDERED.

DATE: March 19, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE