IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSI SOLAR MANUFACTURE INC., | |
| Plaintiff, | No. 2:12-cv-1740 KJN |
| v. | |
| RENEWABLE TECHNOLOGIES INC., | |
| Defendant. | ORDER AND ORDER TO SHOW CAUSE |

On May 9, 2013, the court conducted a status conference in this matter.[1] At the status conference, the parties advised the court that they had reached an oral settlement agreement in principle and were in the final stages of drafting a written settlement agreement. In light of the parties' representations, the court issued a minute order directing the parties to file a notice confirming the finalization of the settlement, or an explanation of why the agreement could not be finalized and the anticipated time required for finalization, no later than June 1, 2013. (ECF No. 17.)

////

---

[1] Pursuant to the parties' voluntary consent to proceed before a United States Magistrate Judge under 28 U.S.C. § 636(c), the action proceeds before the undersigned for all proceedings and entry of final judgment. (ECF Nos. 9, 11, 12, 14.)

Although that deadline has now passed, neither party has complied with the court's minute order or otherwise sought an extension of time from the court to file an appropriate response. Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days of this order, the parties shall file an appropriate response to the May 9, 2013 minute order.

2. Within fourteen (14) days of this order, the parties shall also show cause why sanctions should not be imposed for their previous failure to respond to the court's May 9, 2013 minute order.

3. Failure to timely comply with this order will result in an order dismissing this action pursuant to Federal Rule of Civil Procedure 41(b), as well as the probable issuance of sanctions.

IT IS SO ORDERED.

DATE: June 12, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE