IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CSI SOLAR MANUFACTURE INC.,

      Plaintiff,                      No. 2:12-cv-1740 KJN

      v.

RENEWABLE TECHNOLOGIES INC.,

      Defendant.             <u>ORDER</u>

          On June 20, 2013, the parties filed a notice of settlement indicating that a formal written settlement agreement has been executed.[1] (ECF No. 19.) According to the notice, the settlement terms include a schedule of installment payments over a twelve (12) month term, as well as provisions for summary proceedings in the event of a default. In light of the parties' notice, the court finds it appropriate to administratively close this action.

          The parties have also filed a response to the court's previous order to show cause regarding their failure to notify the court of the status of their settlement by the required deadline. (ECF No. 18, 20.) After reviewing the parties' response, the court declines to impose sanctions

---

[1] Pursuant to the parties' voluntary consent to proceed before a United States Magistrate Judge under 28 U.S.C. § 636(c), the action proceeds before the undersigned for all proceedings and entry of final judgment. (ECF Nos. 9, 11, 12, 14.)

1

1  and therefore discharges the order to show cause.

2          Accordingly, IT IS HEREBY ORDERED that:

3          1.  The order to show cause (ECF No. 18) is discharged.

4          2.  In light of the parties' notice of settlement (ECF No. 19), the Clerk of Court is

5  directed to vacate all dates and administratively close this matter, subject to reopening as

6  appropriate.

7          IT IS SO ORDERED.

8  DATED:  June 21, 2013

10  _____
    KENDALL J. NEWMAN
11      UNITED STATES MAGISTRATE JUDGE